No. 81–5410.   BEHAR v. SOUTHEAST BANK TRUST CO., N. A., PERSONAL REPRESENTATIVE OF THE ESTATE OF BEHAR.   Sup. Ct. Fla.   Certiorari denied.

No. 81–5411.   MITCHELL v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–5412.   McDONALD v. VANDERPOOL ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–5415.   STEPHENS v. ZANT, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 81–5416.   STRIBLING v. DeROBERTIS, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 81–5417.   ZATKO v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.   C. A. 2d Cir.   Certiorari denied.

No. 81–5418.   PAPP v. JAGO.   C. A. 6th Cir.   Certiorari denied.

No. 81–5421.   WILSON v. LeFEVRE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 81–5423.   BEYAH, AKA COLLINS v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 81–5424.   SWEET v. SMITH.   C. A. 2d Cir.   Certiorari denied.

No. 81–5428.   ZATKO v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS.   C. A. 1st Cir.   Certiorari denied.

No. 81–5432.   ZATKO v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.